5-22-08

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT S. NICKLAY
Plaintiff

vs

HON. JUDGE C. OSTERHAVEN
Defendant

FILED - LN
May 22, 2008 11:56 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___

1:08-cv-474
Robert J. Jonker
United States District Judge

## FEDERAL COMPLAINT

Now comes the Plaintiff, averring a civil complaint against the named defendant for threatening the Plaintiff with incarceration if he were to exercise his absolute right to pursue complaints the Plaintiff has brought to the state court for redress. Said threat made by the defendant on the record and is recorded on official transcripts of a proceeding in defendants courtroom on Dec. 20, 07.

Aforementioned threat was made in absolute absence of all judicial jurisdiction and has forced this Plaintiff to withdraw from state case 07-3422-SC and any criminal action requested by this Plaintiff in the state court

## RELIEF REQUESTED

Punitive Damages Be Awarded to the Plaintiff in the Amount of $250,000 in U.S. Currency.

MR. Robert Nickley
c/o [520] Cherry St
Lansing NON DOMESTIC
MICHIGAN Republic
[48933]

Respectfully submitted,
All Rights Reserved
UCC 1.103  UCC 1.207

*Robert Nickley*

ESTO DIGNUS